Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
IN RE:                                                         :
Fosamax Products Liability Litigation        :
--------------------------------------------------------x
*This Document Relates to:*                          :            1:06-md-1789 (JFK)
Vivian Zale and                                         :
Robert Zale                                               :
v. Merck & Co., Inc.                                   :
                                                                  :
Case No: 1:08-cv-5377-JFK                      :            **Rule 7.1 Statement**
--------------------------------------------------------x

           Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges

and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the

undersigned attorneys of record for Defendant Merck & Co., Inc. certify that it has no parent

companies and are not aware of any beneficial owner of more than ten percent of its Common

Stock.

Dated:  New York, New York
       July 15, 2008

                                    Respectfully submitted,

                                    HUGHES HUBBARD & REED LLP

                                    By:_ /s/_____
                                       Norman C. Kleinberg
                                       Theodore V. H. Mayer
                                       William J. Beausoleil

                                    One Battery Park Plaza
                                    New York, New York 10004-1482
                                    (212) 837-6000
                                    kleinber@hugheshubbard.com
                                    mayer@hugheshubbard.com
                                    beausole@hugheshubbard.com
                                    *Attorneys for Defendant Merck & Co., Inc.*